# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D20-2865

_____

ALBERT & MARY HORNUNG,

     Appellants,

     v.

CONSTRUCTION INDUSTRY
LICENSING BOARD,

     Appellee.

_____

No. 1D20-2866

_____

ROY & KATHERINE COOLEDGE,

     Appellants,

     v.

CONSTRUCTION INDUSTRY
LICENSING BOARD,

     Appellee.

_____

No. 1D20-2867

_____

CLIFFORD & RHONDA KEMPTON,

     Appellants,

v.

CONSTRUCTION INDUSTRY
LICENSING BOARD,

    Appellee.

_____

No. 1D20-2868

_____

RANDY HARDY & JILL VIDOSH,

    Appellants,

v.

CONSTRUCTION INDUSTRY
LICENSING BOARD,

    Appellee.

_____

No. 1D20-2869

_____

MICHAEL HAINS & LINDA
BRIDEN,

    Appellants,

v.

CONSTRUCTION INDUSTRY
LICENSING BOARD,

    Appellee.

2

_____

No. 1D20-2870

_____

DOUGLAS & GAIL QUINN,

 Appellants,

 v.

CONSTRUCTION INDUSTRY
LICENSING BOARD,

 Appellee.

_____

No. 1D20-2871

_____

BERNARD & KIMBERLY
BOEHNLEIN,

 Appellants,

 v.

CONSTRUCTION INDUSTRY
LICENSING BOARD,

 Appellee.

_____

No. 1D20-2872

_____

DALE & HEIDI STROMBACK,

 Appellants,

 v.

3

CONSTRUCTION INDUSTRY
LICENSING BOARD,

     Appellee.

_____

On appeal from final orders of the Construction Industry
Licensing Board.

September 30, 2021

PER CURIAM.

     AFFIRMED.

LEWIS, B.L. THOMAS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Alan E. Tannenbaum and Brian C. Tannenbaum of Tannenbaum
Scro Lemole & Kleinberg, Sarasota, for Appellants.

Joseph Yauger Whealdon, III, Chief Legal Counsel, Department of
Business & Professional Regulation, Tallahassee, for Appellee.